IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN W. McDONALD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| SOUTHWEST RECOVERY SERVICES, INC., | ) ) ) ) |
| Defendant. | ) Civil Action No. 3:19-CV-2271-C |

## ORDER

The parties have indicated to the Court that they have settled this civil action. Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are **ORDERED** to file the papers necessary to dismiss this action on or before 60 days from the date of this order.

SO ORDERED this 14th day of November, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE